# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| 21 srl, Plaintiff<br>v.<br>Apple Inc., CDW Corporation, OfficeMax Incorporated, and Walgreen Co., Defendants | FILED STAMP: DECEMBER 23, 2008<br>08CV7350<br>JUDGE GOTTSCHALL<br>MAG. JUDGE COX<br>J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

21 srl, Plaintiff

| NAME (Type or print) |
|---|
| Raymond P. Niro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Raymond P. Niro |
| FIRM |
| Niro, Scavone, Haller & Niro |
| STREET ADDRESS |
| 181 W. Madison Street, Suite 4600 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2054930 | (312) 236-0733 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐