# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

21 srl, Plaintiff
v.
Apple Inc., CDW Corporation, OfficeMax Incorporated, and Walgreen Co., Defendants

Case Number:
FILED STAMP: DECEMBER 23, 2008
08CV7350
JUDGE GOTTSCHALL
MAG. JUDGE COX
J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

21 srl, Plaintiff

| | |
|---|---|
| NAME (Type or print) Anna B. Folgers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Anna B. Folgers | |
| FIRM Niro, Scavone, Haller & Niro | |
| STREET ADDRESS 181 W. Madison Street, Suite 4600 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6296389 | TELEPHONE NUMBER (312) 236-0733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |