21 srl v. Apple Inc. et al

FILED STAMP: DECEMBER 23, 2008
J. N.    08CV7350
JUDGE GOTTSCHALL
MAG. JUDGE COX

Doc. 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC., CDW CORPORATION, OFFICEMAX INCORPORATED, and WALGREEN CO.,<br><br>    Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S LOCAL RULE 3.2 NOTICE AS TO AFFILIATES-DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff 21 srl, submits the following statement:

21 srl has no parent corporation and no publicly held company owns 10% of more of the party's stock.

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro
Brian E. Haan
Anna B. Folgers
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois  60602
(312) 236-0733
Fax: (312) 236-3137

**Attorneys for Plaintiff 21 srl**