IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED STAMP: DECEMBER 23, 2008
08CV7350
JUDGE GOTTSCHALL
MAG. JUDGE COX

| | |
|---|---|
| 21 srl,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC., CDW CORPORATION, OFFICEMAX INCORPORATED, and WALGREEN CO.,<br><br>  Defendants. | Case No. J. N.<br><br>**JURY TRIAL DEMANDED** |

## **PLAINTIFF'S LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT**

Pursuant to Local Rule 3.4, Plaintiff 21 srl, provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. §290.

**1. Name and Address of the Plaintiff:**

21 srl, Via De Canis 3, I-14100

Asti (AT) Italy

**2. Name and Address of the Defendants:**

Apple Inc., 1 Infinite Loop, Cupertino, California 95014

CDW Corporation, 200 N. Milwaukee Avenue, Vernon Hills, Illinois 60061

OfficeMax Incorporate, 263 Shuman Boulevard, Naperville, Illinois 60563

Walgreen Co., 200 Wilmot Road, Deerfield, Illinois 60015

**3. Name of the Inventor:**

Giovanni Sacco

**4. Patent Number Involved:**

U.S. Patent No. 7,340,451 B2

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro
Brian E. Haan
Anna B. Folgers
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois   60602
(312) 236-0733
Fax:  (312) 236-3137

**Attorneys for Plaintiff 21 srl**
