## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV7350            Assigned/Issued By: J. N.

Judge Name: GOTTSCHALL           Designated Magistrate Judge: COX

## **FEE INFORMATION**

*Amount Due:*   ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP           ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____             Receipt #: 3381989_____

Date Payment Rec'd: 12-23-08_____         Fiscal Clerk: J.N._____

## **ISSUANCES**

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           (Victim, Against and $ Amount)

☐ Citation to Discover Assets              ☐ Other

☐ Writ _____              _____
       (Type of Writ)                      _____
                                           (Type of issuance)

4_____ Original and 0_____ copies on 12-23-08_____ as to ALL DEFENDANTS_____
                                    (Date)

_____

_____