

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

**NAME:** ANTHONY S. GABRIELSON

**FIRM:** MARSHALL, GERSTEIN & BORUN LLP

**STREET ADDRESS:** 233 S. WACKER DRIVE, 6300 SEARS TOWER

**CITY/STATE/ZIP:** CHICAGO, IL 60606-6357

**PHONE NUMBER:** (312) 474-6300

**E-MAIL ADDRESS:** AGABRIELSON@MARSHALLIP.COM

**ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):** 6281782

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:8-CV-7350 | 21 SRL V. APPLE INC. ET AL. | JUDGE GOTTSCHALL |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Attorney's Signature        1-8-09   Date