## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| 21 srl, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|    v. | )   Case No. 1:08-cv-7350 |
| | ) |
| Apple Inc., CDW Corporation, | )   Judge Joan B. Gottschall |
| OfficeMax Incorporated and Walgreen Co., | )   Magistrate Judge Susan E. Cox |
| | ) |
|       Defendants. | ) |

## DEFENDANT CDW CORPORATION'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to the Parties' agreement in this matter, Defendant CDW Corporation ("CDW") hereby moves for an Order extending the period of time within which CDW may answer or otherwise plead in response to the Complaint for Patent Infringement filed by Plaintiff 21 srl ("21 srl").

In support of this unopposed motion, CDW states:

1. Based upon information and belief, CDW believes its answer is currently due January 22, 2009.

2. CDW seeks additional time to respond to the Complaint.

3. The requested extension is sought in good faith and is not being sought to delay this litigation.

4. Counsel for CDW has contacted counsel for 21 srl, and Plaintiff's counsel has no objection to extending until February 18, 2009, the time for Defendant CDW to answer or otherwise plead.

WHEREFORE, Defendant CDW respectfully moves this Court for an Order extending the period of time to respond to the Complaint to February 18, 2009.

Dated: January 9, 2009                Respectfully submitted,

By: _s/ Anthony S. Gabrielson_____
Thomas L. Duston
Anthony S. Gabrielson
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Defendant CDW Corporation*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of DEFENDANT CDW CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served via the Court's CM/ECF in accordance with Local Rule 5.9 on January 9, 2009, on the following attorneys of record:

| | |
|---|---|
| Raymond P. Niro<br>Niro, Scavone, Haller & Niro, Ltd.<br>181 West Madison Street<br>Suite 4600<br>Chicago , IL 60602<br>(312) 236-0733<br>E-mail: rniro@nshn.com<br><br>*Attorney for Plaintiff 21 srl* | Anna B. Folgers<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street<br>Suite 4600<br>Chicago , IL 60602-4515<br>(312) 377-3288<br>E-mail: afolgers@nshn.com<br><br>*Attorney for Plaintiff 21 srl* |
| Brian Erik Haan<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street<br>Suite 4600<br>Chicago , IL 60602-4515<br>312 377 3252<br>E-mail: bhaan@nshn.com<br><br>*Attorney for Plaintiff 21 srl* | Raymond Pardo Niro , Jr.<br>Niro, Scavone, Haller & Niro, Ltd.<br>181 West Madison Street<br>Suite 4600<br>Chicago , IL 60602<br>(312) 236-0733<br>E-mail: rnirojr@nshn.com<br><br>*Attorney for Plaintiff 21 srl* |

  s/ Anthony S. Gabrielson _____
Anthony S. Gabrielson