# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| 21 srl, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-7350 |
| | ) | |
| Apple Inc., CDW Corporation, | ) | Judge Joan B. Gottschall |
| OfficeMax Incorporated and Walgreen Co., | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEFENDANT CDW CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Please take notice that on Thursday, January 15, 2009, at 9:30 a.m. C.S.T., or as

soon thereafter as counsel may be heard, Defendant CDW Corporation ("CDW"), through its

counsel, shall appear before the Honorable Judge Joan B. Gottschall in Room 2325, the Dirksen

Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present CDW's

Unopposed Motion to Extend Time to Answer or Otherwise Plead.

Dated: January 9, 2009                          Respectfully submitted,

                                                By:   s/ Anthony S. Gabrielson
                                                    Thomas L. Duston
                                                    Anthony S. Gabrielson
                                                    MARSHALL, GERSTEIN & BORUN LLP
                                                    233 South Wacker Drive
                                                    6300 Sears Tower
                                                    Chicago, IL 60606-6357
                                                    Tel: (312) 474-6300
                                                    Fax: (312) 474-0448

                                                    *Attorneys for Defendant CDW Corporation*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of this NOTICE OF

DEFENDANT CDW CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO

ANSWER OR OTHERWISE PLEAD was served via the Court's CM/ECF in accordance with

Local Rule 5.9 on January 9, 2009, on the following attorneys of record:


Raymond P. Niro
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago , IL 60602
(312) 236-0733
E-mail: rniro@nshn.com

*Attorney for Plaintiff 21 srl*

Brian Erik Haan
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago , IL 60602-4515
312 377 3252
E-mail: bhaan@nshn.com

*Attorney for Plaintiff 21 srl*

Anna B. Folgers
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago , IL 60602-4515
(312) 377-3288
E-mail: afolgers@nshn.com

*Attorney for Plaintiff 21 srl*

Raymond Pardo Niro , Jr.
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago , IL 60602
(312) 236-0733
E-mail: rnirojr@nshn.com

*Attorney for Plaintiff 21 srl*


  s/ Anthony S. Gabrielson _____
Anthony S. Gabrielson