UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:08-cv-7350 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| Apple Inc., CDW Corporation, ) | Magistrate Judge Susan E. Cox |
| OfficeMax Incorporated and Walgreen Co., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Apple Inc. ("Apple") hereby moves for an Order extending the period of time within which Apple may answer or otherwise plead in response to the Complaint for Patent Infringement filed by Plaintiff 21 srl ("21 slr").

In support of this unopposed motion, Apple states:

1. Apple believes its answer is currently due on January 26, 2009.

2. Apple seeks additional time to respond to the Complaint.

3. The requested extension is sought in good faith and is not being sought to delay this litigation.

4. Counsel for Apple has contacted counsel for 21 srl, and Plaintiff's counsel has no objection to extending the deadline for Apple to answer or otherwise plead in response to the Complaint until February 18, 2009.

5. On January 15, 2009, the Court granted Defendant CDW Corporation's ("CDW") similar motion for extension of time until February 18, 2009. Therefore, extending the deadline for Apple to respond to the Complaint to the same day would not delay the proceedings.

WHEREFORE, Apple respectfully moves this Court for an Order extending the period of time to respond to the Complaint to February 18, 2009.

Dated: January 16, 2009
Respectfully submitted,

/s/ Tigran Vardanian

David A. Nelson
Tigran Vardanian
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2009 I electronically filed the foregoing **DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** and **NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record in this action.

/s/ Tigran Vardanian