UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:08-cv-7350 |
| v. | ) |
| | ) Judge Joan B. Gottschall |
| Apple Inc., CDW Corporation, | ) Magistrate Judge Susan E. Cox |
| OfficeMax Incorporated and Walgreen Co., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Please take notice that on Thursday, January 22, 2009 at 9:30 a.m. C.S.T., or as soon thereafter as counsel may be heard, Defendant Apple Inc., through its counsel, shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead, in courtroom 2325, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the accompanying **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**.

Dated: January 16, 2009

Respectfully submitted,

/s/ Tigran Vardanian

David A. Nelson
Tigran Vardanian
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

*Counsel for Defendant Apple Inc.*