AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

21 srl,

Plaintiff,

V.

Apple Inc., CDW Corporation, OfficeMax Incorporated, and Walgreen Co.,

Defendants.

CASE NUMBER: 08CV7350

ASSIGNED JUDGE: JUDGE GOTTSCHALL
MAG. JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Apple Inc.
c/o Registered Agent
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

December 23, 2008
Date

# Affidavit of Process Server

___21SrL___ vs ___apple, inc___ ___08CV7350___
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE #

Being duly sworn, on my oath, I _____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served ___Apple, inc.___
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☐ ___Summons + Complaint for Patent infringement___

by serving (NAME) ___Margaret Wilson - Authorized Agent___

at ☐ Home _____

☒ Business ___CT Corporation: 818 W. 7th Street, Los Angeles, CA 90017___

☒ on (DATE) ___1/5/2009___ at (TIME) ___12:10pm___

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )____ DATE TIME, ( )____ DATE TIME,
( )____ DATE TIME, ( )____ DATE TIME, ( )____ DATE TIME

**Description:**
| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☒ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this _____ day of _____, 20___

NOTARY PUBLIC    ___See Attached___

SERVED BY
LASALLE PROCESS SERVERS
J. Aldana LA#5261

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6 day of January, 20 09 by J. Aldana, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

VICKIE L. MOORE
Commission # 1868093
Notary Public - California
Riverside County
My Comm. Expires Mar 11, 2009

(Seal)     Signature Vickie Moore