AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

21 srl,

Plaintiff,

V.

Apple Inc., CDW Corporation, OfficeMax Incorporated, and Walgreen Co.,

Defendants.

CASE NUMBER: 08CV7350

ASSIGNED JUDGE: JUDGE GOTTSCHALL

MAG. JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CDW Corporation
c/o Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

December 23, 2008
Date

# Affidavit of Process Server

21SrL   vs   apple, inc   08CV7350
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I __Philip CRAVENS__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __CDW Corporation__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☐ __Summons + Complaint for Patent Infringement__

by serving (NAME) __ILLINOIS CORPORATION SERVICE__

at ☐ Home _____
☒ Business __801 STEVENSON  Springfield, IL__
☐ on (DATE) __1-2-09__ at (TIME) __9:27 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Holly BLANKENSHIP    Receptionist__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )___ DATE TIME, ( )___ DATE TIME
( )___ DATE TIME, ( )___ DATE TIME, ( )___ DATE TIME

**Description:**
☐ Male        ☒ White Skin    ☒ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female     ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☒ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
             ☐ Yellow Skin   ☐ Blond Hair    ☐              ☐ 36-50 Yrs.    ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
             ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses    ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

_Philip B Cravens_
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __2nd__ day of __January__, 20__09__

_Lisa S. Bumgardner_
NOTARY PUBLIC

**OFFICIAL SEAL**
**LISA S. BUMGARDNER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-18-2009



CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.