AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

21 srl,

Plaintiff,

V.

Apple Inc., CDW Corporation, OfficeMax Incorporated, and Walgreen Co.,

Defendants.

CASE NUMBER: 08CV7350

ASSIGNED JUDGE: JUDGE GOTTSCHALL
MAG. JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Walgreen Co.
c/o Registered Agent
Allan M. Resnick
200 Wilmot Road
Deerfield, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond P. Niro
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

December 23, 2008

Date

# Affidavit of Process Server

21 SRL vs apple, inc    08 CV 7350
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE #

Being duly sworn, on my oath, I Michael Golder,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served Walgreen Co.
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☐ Summons + Complaint for Patent infringement

by serving (NAME) Kristi Sayre
at ☐ Home_____
☒ Business 104 Wilmot, Deerfield
☒ on (DATE) 12/3/08 at (TIME) 12:10 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely Kristi Sayre - Law Department
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading              ☐ Other:_____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
                                                  DATE  TIME      DATE  TIME
( )_____ , ( )_____ , ( )_____
 DATE TIME   DATE TIME   DATE TIME

**Description:**
☐ Male      ☒ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.  ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin    ☒ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.  ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.  ☒ 5'4"-5'8"   ☐ 131-160 Lbs.
            ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.  ☐ 5'9"-6'0"   ☒ 161-200 Lbs.
☒ Glasses   ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this 2 day of January, 2009

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NOTARY PUBLIC

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.