# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

21 srl

               Plaintiff,

v.                                                                                      Case No.: 1:08−cv−07350
                                                                     Honorable Joan B. Gottschall

Apple Inc., et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 22, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant Apple Inc.'s unopposed motion for an extension of time to answer or otherwise plead by 2/18/2009 [23] is granted. Officemax's agreed motion for an extension of time to answer Plaintiff's complaint by 2/18/2009 [30] is granted. No appearance required 1/29/2009. ( Status hearing set for 2/25/2009 at 10:00 AM.)Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.