IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., CDW CORPORATION, OFFICEMAX INCORPORATED and WALGREEN CO., <br><br> Defendants. | Civil Action No. 1:08cv7350 <br><br> Judge Gottschall <br> Magistrate-Judge Cox |

**JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff 21 srl and Defendant Apple, Inc. have entered into a Settlement and License Agreement and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action between 21 srl and Apple, Inc. No claims are dismissed as to any other Defendant.

Therefore, on the basis of the settlement reached, 21 srl and Apple, Inc. jointly move the Court to enter the attached Order of Dismissal with Prejudice, which will be submitted to the Court via email pursuant to the procedures for electronic filing.

Respectfully submitted,

  /s/ Raymond P. Niro, Jr.  
Raymond P. Niro
Raymond P. Niro, Jr.
Anna B. Folgers
Brian E. Haan
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Attorneys for Plaintiff 21 srl

  /s/ David A. Nelson  
*signed with permission*
David A. Nelson
Tigran Vardanian
Neel U. Sukhatme
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
(312) 876-7700

Attorneys for Defendant Apple, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009, I caused the foregoing JOINT MOTION FOR ENTRY OF DISMISSAL WITH PREJUDICE to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*Counsel for Apple*
David A. Nelson
Tigran Vardanian
Neel U. Sukhatme
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
david.nelson@lw.com
tigran.vardanian@lw.com
neel.sukhatme@lw.com

*Counsel for CDW*
Thomas L. Duston
Anthony S. Gabrielson
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
tduston@marshallip.com
agabrielson@marshallip.com

*Counsel for OfficeMax*
John S. Letchinger
Robert L. Wagner
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606
letchinger@wildmanharrold.com
wagner@wildman.com

I also certify that on this date I caused a copy of the Order of Dismissal with Prejudice to be submitted to Judge Gottschall and copied to the above-listed counsel via electronic transmission.

                                            /s/ Raymond P. Niro, Jr.
                                            Raymond P. Niro, Jr.
                                            NIRO, SCAVONE, HALLER & NIRO
                                            Attorney for Plaintiff