IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., CDW CORPORATION, OFFICEMAX INCORPORATED and WALGREEN CO.,<br><br>　　　　　　Defendants. | Civil Action No. 1:08cv7350<br><br>Judge Gottschall<br>Magistrate-Judge Cox |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE THAT on Thursday, February 12, 2009 at 9:30 a.m. the below listed parties will appear, if necessary, before the Honorable Judge Gottschall in Courtroom 2325 and present their Joint Motion for Entry of Order of Dismissal with Prejudice submitted herewith.

Respectfully submitted,

　/s/ Raymond P. Niro, Jr.　　　　　
Raymond P. Niro
Raymond P. Niro, Jr.
Anna B. Folgers
Brian E. Haan
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Attorneys for Plaintiff
21 srl

　/s/ David A. Nelson　　　　　
*signed with permission*
David A. Nelson
Tigran Vardanian
Neel U. Sukhatme
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
(312) 876-7700

Attorneys for Defendant
Apple, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009, I caused the foregoing NOTICE OF JOINT MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*Counsel for Apple*
David A. Nelson
Tigran Vardanian
Neel U. Sukhatme
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
david.nelson@lw.com
tigran.vardanian@lw.com
neel.sukhatme@lw.com

*Counsel for CDW*
Thomas L. Duston
Anthony S. Gabrielson
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
tduston@marshallip.com
agabrielson@marshallip.com

*Counsel for OfficeMax*
John S. Letchinger
Robert L. Wagner
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606
letchinger@wildmanharrold.com
wagner@wildman.com

       /s/ Raymond P. Niro, Jr.
      Raymond P. Niro, Jr.
      NIRO, SCAVONE, HALLER & NIRO
      Attorney for Plaintiff