IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **21 srl**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CV7350 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | Magistrate Judge Cox |
| **Apple Inc.,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 19, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gottschall, or in her absence, before any other Judge who may be sitting in her stead, in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT, a copy of which was filed with the court.

Dated:  February 12, 2009                    Respectfully submitted,

                                             **OfficeMax Incorporated**


                                             */s/ Robert L. Wagner*
                                             By One of its Attorneys

John S. Letchinger (No. 6207361)
Robert L. Wagner (No. 6276109
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
(312) 201-2000
(312) 201-2555 fax

## CERTIFICATE OF SERVICE

I, Robert L. Wagner, an attorney, hereby certify that I caused a copy of the foregoing NOTICE OF MOTION to be filed via the CM/ECF electronic filing system on this 12th day of February, 2009.

/s/ *Robert L. Wagner*