Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7350 | **DATE** | 2/12/2009 |
| **CASE TITLE** | 21 srl vs. Apple, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Joint motion for entry of order of dismissal with prejudice. Enter Order Dismissal with Prejudice. It is therefore ordered that any and all claims for relief asserted against Apple Inc. By 21 srl. and against 21 srl by Apple Inc. herein are dismissed with prejudice. It is further ordered that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

Dockets.Justia.com