21 srl v. Apple Inc. et al												Doc. 39



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl,<br><br>               Plaintiff,<br><br>v.<br><br>APPLE INC., CDW CORPORATION, OFFICEMAX INCORPORATED and WALGREEN CO.,<br><br>               Defendants. | Civil Action No. 1:08cv7350<br><br>Judge Gottschall<br>Magistrate-Judge Cox |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff 21 srl and Defendant Apple Inc. announced to the Court that they have settled the claims asserted against Apple Inc. in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that any and all claims for relief asserted against Apple Inc. by 21 srl and against 21 srl by Apple Inc. herein are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Date: FEB 1 2 2009

_____
Hon. Joan B. Gottschall

Dockets.Justia.com