

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7350 | **DATE** | 2/12/2009 |
| **CASE TITLE** | 21 srl vs. Apple, Inc., et al | | |

**DOCKET ENTRY TEXT**

Enter Order of Dismissal with Prejudice as to Apple Inc. All attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

08C7350 21 srl vs. Apple, Inc., et al     Page 1 of 1

dockets.Justia.com