IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl,<br><br>                      Plaintiff,<br><br>    v.<br><br>CDW CORPORATION, OFFICEMAX INCORPORATED and WALGREEN CO.,<br><br>                      Defendants. | Civil Action No. 1:08cv7350<br><br>Judge Gottschall<br>Magistrate-Judge Cox |

## NOTICE OF VOLUNTARY DISMISSAL OF WALGREEN CO.

Pursuant to Rule 41(a), Fed.R.Civ.P., Plaintiff 21 srl hereby voluntarily dismisses with prejudice all claims made in this action against Defendant Walgreen Co. ("Walgreens") only, with each party bearing its own costs, expenses and attorneys' fees.

No rights are waived or voluntarily dismissed as to any other Defendant.

This voluntary dismissal is made based upon the settlement reached between Plaintiff and Walgreens.

                                                Respectfully submitted,

                                                <u>/s/ Raymond P. Niro, Jr.</u>
                                                Raymond P. Niro
                                                Raymond P. Niro, Jr.
                                                Anna B. Folgers
                                                Brian E. Haan
                                                Niro, Scavone, Haller & Niro
                                                181 West Madison, Suite 4600
                                                Chicago, Illinois 60602
                                                (312) 236-0733
                                                Fax:  (312) 236-3137

                                                **Counsel for 21 srl**

# CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF WALGREEN CO. was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

| *Counsel for CDW* | *Counsel for OfficeMax* |
|---|---|
| Thomas L. Duston | John S. Letchinger |
| Anthony S. Gabrielson | Robert L. Wagner |
| MARSHALL, GERSTEIN & BORUN LLP | WILDMAN, HARROLD, ALLEN & DIXON LLP |
| 233 South Wacker Drive | 225 West Wacker Drive |
| 6300 Sears Tower | Chicago, IL 60606 |
| Chicago, IL 60606-6357 | letchinger@wildmanharrold.com |
| tduston@marshallip.com | wagner@wildman.com |
| agabrielson@marshallip.com | |

The undersigned further certifies that a copy of the foregoing was served upon counsel for Walgreens via electronic transmission:

James R. Nuttall
McAndrews, Held & Malloy
500 West Madison Street, 34th Floor
Chicago, IL 60661
jnuttall@mcandrews-ip.com

                                            /s/ Raymond P. Niro, Jr.
                                            Attorney for 21 srl