Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7350 | **DATE** | 3/3/2009 |
| **CASE TITLE** | 21 srl vs. CDW Corp., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Notice of Voluntary Dismissal of Walgreen Co. [47], all claims made in this action against Defendant Walgreen Co. only are dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

08C7350 21 srl vs. CDW Corp., et al     Page 1 of 1