IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl, | Civil Action No. 1:08cv7350 |
| Plaintiff, | Judge Gottschall |
| | Magistrate-Judge Cox |
| v. | |
| CDW CORPORATION and OFFICEMAX INCORPORATED, | |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF STIPULATED ORDERS OF DISMISSAL

Plaintiff 21 srl and Defendants CDW Corporation and OfficeMax Incorporated have each agreed to resolve all claims, defenses and counterclaims in this Civil Action. Therefore, the parties jointly move the Court to enter the attached Stipulated Orders of Dismissal, which will be submitted to the Court via email pursuant to the procedures for electronic filing.

Respectfully submitted,

*/s/ Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137
rnirojr@nshn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2009, I caused the foregoing JOINT MOTION FOR ENTRY OF STIPULATED ORDERS OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

| *Counsel for OfficeMax* | *Counsel for CDW* |
|---|---|
| John S. Letchinger | Thomas L. Duston |
| Robert L. Wagner | Anthony S. Gabrielson |
| WILDMAN, HARROLD, ALLEN & DIXON LLP | MARSHALL, GERSTEIN & BORUN LLP |
| 225 West Wacker Drive | 233 South Wacker Drive |
| Chicago, IL 60606 | 6300 Sears Tower |
| letchinger@wildmanharrold.com | Chicago, IL 60606-6357 |
| wagner@wildman.com | tduston@marshallip.com |
| | agabrielson@marshallip.com |

I also certify that on this date I caused a copy of the Stipulated Orders of Dismissal to be submitted to Judge Gottschall and copied to the above-listed counsel via electronic transmission.

                                          */s/ Raymond P. Niro, Jr.*
                                          Attorney for Plaintiff