IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl,<br><br>                       Plaintiff,<br><br>    v.<br><br>CDW CORPORATION and OFFICEMAX INCORPORATED,<br><br>                       Defendants. | Civil Action No. 1:08cv7350<br><br>Judge Gottschall<br>Magistrate-Judge Cox |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE THAT on Thursday, April 2, 2009 at 9:30 a.m. the parties will appear, if necessary, before the Honorable Judge Gottschall in Courtroom 2325 and present their Joint Motion for Entry of Stipulated Orders of Dismissal submitted herewith.

Respectfully submitted,

*/s/ Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137
rnirojr@nshn.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2009, I caused the foregoing NOTICE OF JOINT MOTION to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

*Counsel for OfficeMax*
John S. Letchinger
Robert L. Wagner
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606
letchinger@wildmanharrold.com
wagner@wildman.com

*Counsel for CDW*
Thomas L. Duston
Anthony S. Gabrielson
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
tduston@marshallip.com
agabrielson@marshallip.com


          */s/ Raymond P. Niro, Jr.*
          Attorney for Plaintiff