# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

21 srl

                Plaintiff,

v.                                                Case No.: 1:08–cv–07350
                                                Honorable Joan B. Gottschall

CDW Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing set for 4/1/09 is stricken. Dismissal order to issue shortly. No appearance required 4/1/09 or 4/2/09. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.