Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7350 | **DATE** | 4/1/2009 |
| **CASE TITLE** | 21 srl vs. CDW Corp and Officemax Inc. | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Order of Dismissal with respect to Defendant Officemax. Enter Stipulated Order of Dismissal with Respect to Defendant CDW. Joint motion for entry of stipulated orders of dismissal [49] is granted. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

08C7350 21 srl vs. CDW Corp and Officemax Inc.        Page 1 of 1

Dockets.Justia.com