MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl, <br><br> Plaintiff, <br><br> v. <br><br> CDW CORPORATION and OFFICEMAX INCORPORATED, <br><br> Defendants. | Civil Action No. 1:08cv7350 <br><br> Judge Gottschall <br> Magistrate-Judge Cox |

**STIPULATED ORDER OF DISMISSAL
WITH RESPECT TO DEFENDANT CDW**

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, 21 srl, and Defendant, CDW Corporation ("CDW"), have agreed to resolve all claims, defenses and counterclaims in this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. All claims, defenses and counterclaims between 21 srl and CDW in this Civil Action are hereby dismissed with prejudice.

3. 21 srl and CDW shall each bear their own costs and attorneys' fees.

SO ORDERED:

Date: 3/31/09

Hon. Joan B. Gottschall
United States District Judge

MAR 3 1 2009

3-31-2009

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ Raymond P. Niro, Jr.* | */s/ Anthony S. Gabrielson* |
| Raymond P. Niro | *signed with permission* |
| Raymond P. Niro, Jr. | Thomas L. Duston |
| Anna B. Folgers | Anthony S. Gabrielson |
| Brian E. Haan | MARSHALL, GERSTEIN & BORUN LLP |
| NIRO, SCAVONE, HALLER & NIRO | 233 South Wacker Drive |
| 181 West Madison, Suite 4600 | 6300 Sears Tower |
| Chicago, IL 60602 | Chicago, IL 60606-6357 |
| | |
| Counsel for Plaintiff 21 srl | Counsel for Defendant CDW Corporation |