HHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 21 srl, | Civil Action No. 1:08cv7350 |
| Plaintiff, | Judge Gottschall |
| v. | Magistrate-Judge Cox |
| CDW CORPORATION and OFFICEMAX INCORPORATED, | |
| Defendants. | |

**STIPULATED ORDER OF DISMISSAL
WITH RESPECT TO DEFENDANT OFFICEMAX**

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, 21 srl, and Defendant, OfficeMax Incorporated ("OfficeMax"), have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. All claims, defenses and counterclaims that were or could have been made between 21 srl and OfficeMax in this Civil Action are hereby dismissed with prejudice.

3. 21 srl and OfficeMax shall each bear their own costs and attorneys' fees.

SO ORDERED:

Date: 3/31/09

Hon. Joan B. Gottschall
United States District Judge

MAR 31 2009
3-31-2009

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Raymond P. Niro, Jr. | /s/ John S. Letchinger |
| Raymond P. Niro | *signed with permission* |
| Raymond P. Niro, Jr. | John S. Letchinger |
| Anna B. Folgers | Robert L. Wagner |
| Brian E. Haan | WILDMAN, HARROLD, ALLEN & DIXON |
| NIRO, SCAVONE, HALLER & NIRO | LLP |
| 181 West Madison, Suite 4600 | 225 West Wacker Drive |
| Chicago, IL 60602 | Chicago, IL 60606 |
| | |
| Counsel for Plaintiff 21 srl | Counsel for Defendant OfficeMax Incorporated |